IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON McKNIGHT, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 09-296 |
| vs. | ) | |
| | ) | |
| OFFICER RALPH VARROTO, OFFICER HARRISON HARBAUGH, GILPIN TOWNSHIP, LEECHBURG BOROUGH, DOUGLAS BARTO, GILPIN RIFLES, INC. | ) ) ) ) ) | THE HONORABLE GARY L. LANCASTER |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW this 16th day of Oct, 2009, and pursuant to a stipulation of all parties, it is hereby ORDERED that Defendants Harrison Harbaugh and Leechburg Borough are DISMISSED, with prejudice.

It is further ORDERED that the Clerk of Courts shall amend the caption to read as follows:

| | | |
|---|---|---|
| SHARON McKNIGHT, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 09-296 |
| vs. | ) | |
| | ) | |
| OFFICER RALPH VARROTO, GILPIN TOWNSHIP, DOUGLAS BARTO, and GILPIN RIFLES, INC. | ) ) ) | THE HONORABLE GARY L. LANCASTER |
| | ) | |
| Defendants. | ) | |

BY THE COURT:

_____ J.
The Honorable Gary L. Lancaster

12/844610.v1