IN THE UNITED STATES DISTRICT COUT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON MCKNIGHT | ) | |
| | ) | |
| | ) | CIVIL ACTION 09-296 GLL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER RALPH VARROTO, | ) | |
| GILPIN TOWNSHIP, DOUGLAS BARTO, | ) | |
| GILPIN RIFLES, INC. | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION FOR DISMISSAL OF COUNT IV OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

AND NOW comes the Plaintiff, Sharon McKnight, by and through her attorney, John Newborg, Esquire and stipulates to the dismissal with prejudice of Count IV of her Complaint, Tortious Interference With A Contractual Relationship.

Date:  10-21-09

SO ORDERED. this 21ST day of October. 2009.

_____
Gary L. Lancaster. Chief U.S. District Judge

By:  s/ John Newborg
John Newborg, Esquire
Attorney for Plaintiff
Suite 220 Lawyer's Building
428 Forbes Avenue
Pittsburgh, PA 15219
PA. ID. 22276
(412) 281-1106