IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON MCKNIGHT, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | NO.: 09-CV-0296 |
| | ) | |
| vs. | ) | **FILED ELECTRONICALLY** |
| | ) | |
| OFFICER RALPH VARRATO, OFFICER HARRISON HARBAUGH, GILPIN TOWNSHIP, LEECHBURG BOROUGH, DOUGLAS BARTO, GILPIN RIFLES, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a), the parties in the above-captioned matter, by and through their respective counsel, hereby stipulate to the dismissal of the Court action against defendants Ralph Varrato and Gilpin Township, with prejudice.

Respectfully submitted,

By: /s/ John D. Newborg

John D. Newborg, Esquire
Lawyers Building, Suite 1600
428 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 281-1106
Fax: (412) 227-0964
Email: JDNewborg@aol.com

Attorney for Plaintiff

By: /s/ Deborah A. Kane

Deborah A. Kane, Esq.
PA I.D. #92531
Weber Gallagher Simpson
Stapleton Fires & Newby, LLP
Two Gateway Center, Suite 1450
Pittsburgh, PA 15222
Phone: (412) 281-4541
Fax: (412) 281-4547
Email: dkane@wglaw.com

Attorneys for Defendants Ralph Varrato and Gilpin Township

SO ORDERED, this 18th day of November, 2009.

_____
Gary L. Lancaster, Chief United States District Judge